## Pioneer Belting, Hose and Packing Corporation, Appellant, *v.* Commonwealth.

Submitted May 22, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY and NIX, JJ.

*Michael Edelman,* for appellant.

*Stuart M. Bliwas* and *Edward A. Hosey,* Assistant Attorney Generals, *Robert W. Cunliffe,* Deputy Attorney General, and *J. Shane Creamer,* Attorney General, for Commonwealth, appellee.

OPINION PER CURIAM, June 28, 1972:
Order affirmed.
Mr. Justice MANDERINO took no part in the consideration or decision of this case.